UNITED STAES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States ex. rel. Friedrich Lu, Plaintiff )  Civil Action No.
    v.                                          )
Harvard School of Dental Medicine, Dana Farber Cancer )
Institute, Ching-Ju (Jenny) Chang, Lan-Bo Chen, Mark  )   **FILED**
Wang, Stanley Wang, Defendants                  )   **UNDER SEAL**

## COMPLAINT

00 cv 11492 MLW

(1) This is a *qui tam* action pursuant to 31 USC § 3729 et seq. The court has subject matter jurisdiction over this matter under 28 USC § 1331.

(2) Defendant Harvard School of Dental Medicine (Harvard) has for years instigated and conspired with individuals with dentist degree to defraud National Institution of Health, a division of United States Department of Health and Human Services. The individuals, sponsored and endorsed by Harvard, would acquire Institutional Dentist and Scientist Award, which is meant to promote basic research among dentists. But instead of doing scientific research as promised both before and during the Award, the individuals just complete the dental residency program full-time at Harvard. Indeed that has been the plan right from the outset, even before application of the Award. During the pendency of the Award/residency--which lasts years, all involved submit fraudulent vouchers as well as misleading scientific progress reports--the latter are to justify continuous funding. The conspiracy continues for years, is ongoing, and has cost the United States millions of dollars.

(3) The benefit is mutual. Individual get reliable financial support (as stated, the Award typically last years), which is much higher than the going rate for a dental resident. Harvard meanwhile does not have to pay a dime to the Award-winning residents while receiving revenue generated by individuals' patient care. The participating institutes would get overhead separately from National Institute of Health (or its member institute)--which are supposed to compensate institutional expenses for individuals' scientific research that is a facade and rarely or never done.

(4) Dr. Ching-Ju (Jenny) Chang was one of the individuals. Dana Farber Cancer Institute, and its scientist Lan-Bo Chen, knowingly participates in the scheme--as nominal host institute and (host) laboratory, respectively.

(5) Drs. Mark and Stanley Wang are sued to recover the fund.

(6) To determine liability and damages, jury trial is demanded.

Plaintiff:   Friedrich Lu, pro se
Signed:      /s/ Lu
Date:        July 24, 2000
Address:     c/o St. Francis House, PO Box 499, Essex Station, Boston, MA  02112